FILED
NOV 14 2007
Nov 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE ASHMAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | 07 CR 749 |
| | ) | |
| SHARON N. STEWART | ) | Violations: Title 18, United States |
| | ) | Code, Section 1030(a)(2)(A) |

07 CR 749

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

   a. TransUnion LLC ("TransUnion") was a consumer credit reporting agency which maintained information in its files on consumers, as such terms are defined in the Fair Credit Reporting Act (Title 15, United States Code, Section 1681 *et seq.*).

   b. Employer A was an apartment complex located in Chicago, Illinois.

   c. Company A was a lawful provider of TranUnion consumer credit reports. Company A charged its clients, including Employer A, a fee for each credit report obtained by the client through Company A's computer network.

   d. Defendant SHARON N. STEWART was an employee of Employer A. As an employee, defendant STEWART's responsibilities included using Employer A's computer to obtain the TransUnion consumer credit reports of prospective tenants through Company A. Defendant STEWART was not authorized to obtain consumer credit reports for anyone other than Employer A's prospective tenants.

2. Between on or about April 27, 2005, and on or about June 6, 2005, at Chicago,

in the Northern District of Illinois, Eastern Division,

SHARON N. STEWART,

defendant herein, accessed a computer, which access exceeded defendant's authorized access of such computer, and thereby obtained information contained in a file of a consumer reporting agency on a consumer, namely, the files of TransUnion relating to the credit reports of at least five consumers;

In violation of Title 18, United States Code, Sections 1030(a)(2)(A).

_Patrick J. Fitzgerald_
UNITED STATES ATTORNEY by
_Joel R. L___