Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 749 - 1 | **DATE** | 11/26/2007 |
| **CASE TITLE** | USA vs. Sharon N. Stewart | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. Defendant informed of her rights. Michael J. Falconer is appointed as counsel for defendant. Status hearing set for 1/17/2008 at 10:00 a.m. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | IS |
|---|---|---|