## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 749 - 1 | **DATE** | 1/16/2008 |
| **CASE TITLE** | USA vs. Sharon N. Stewart | | |

**DOCKET ENTRY TEXT**

Status hearing set for 1/17/2008 as to defendant Sharon N. Stewart is stricken by agreement of the parties. Change of plea hearing set for 3/6/2008 at 10:30 A.M. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|