## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 749 - 1 | **DATE** | 3/11/2008 |
| **CASE TITLE** | USA vs. Sharon N. Stewart | | |

**DOCKET ENTRY TEXT**

Hearing on change of plea held on 3/11/2008. Defendant enters plea of guilty to all counts. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 6/18/2008 at 10:00 a.m.

Docketing to mail notices.

00:18

| | Courtroom Deputy Initials: | IS |
|---|---|---|