AO 86A (Rev. 4/91) Consent to Proceed - Misdemeanor

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.

SHARON N. STEWART

**FILED**
MAR 11 2008
Mar 11 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE

Case Number: 07 CR 749

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

X _____ Sharon Stewart _____
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.   X _____ Sharon Stewart _____
Defendant

Consented to by United States   _____ C. K. V. _____
Signature

CHRISTOPHER K. VEATCH, ASSISTANT U.S. ATTORNEY
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____ Sharon Stewart _____
Defendant

_____ signature _____
Defendant's Attorney (if any)

Approved By: _____ signature _____
U.S. Magistrate Judge

MAR 11 2008
Date