# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 749 - 1 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Sharon Stewart | | |

**DOCKET ENTRY TEXT**

Sentencing held on 6/18/2008.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | IS |
|---|---|---|